NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

MAR 19 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

EDWARD P. KAKALIA,

        Plaintiff - Appellant,

  v.

STATE OF HAWAII; UNITED STATES
OF AMERICA,

        Defendants - Appellees.

No. 24-5907

D.C. No. 1:22-cv-00390-LEK-WRP

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Hawaii
Leslie E. Kobayashi, District Judge, Presiding

Submitted March 16, 2026[**]

Before:    SILVERMAN, NGUYEN, and HURWITZ, Circuit Judges.

    Edward P. Kakalia appeals pro se from the district court's post-judgment

order denying his motion for reconsideration in his 42 U.S.C. § 1983 action. We

have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion.

---

    [*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Sch. Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993). We affirm.

The district court did not abuse its discretion by denying Kakalia's motion for reconsideration because Kakalia failed to establish any basis for relief. *See id.* at 1262-63 (setting forth grounds for reconsideration under Fed. R. Civ. P. 60(b)).

We reject as unsupported by the record Kakalia's contention that the district court was biased. *See Liteky v. United States*, 510 U.S. 540, 555 (1994) (explaining that judicial rulings alone rarely support an allegation of bias).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

All pending motions are denied.

**AFFIRMED.**